UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-3672 |
| v. | : | 29 U.S.C. § 503 and 18 U.S.C. § 2 |
| JOSEPH MOON, JR. | : | |

INFORMATION

The acting United States Attorney for the District of New Jersey charges that:

1. At all times relevant to this Information:

(a) Amalgamated Transit Union Local 1626 (hereinafter the "Local 1626") was a "labor organization" within the meaning of the provisions of Title 29, United States Code, Sections 152(5), 402(I) and 402(j). The Local 1626 represented and admitted to its union membership persons employed at the Raritan Valley Bus Service in Edison, New Jersey.

(b) Defendant JOSEPH MOON, JR. was the President of the Local 1626 from in or about 2004 through in or about April 2008. As such, he was an officer of a labor union, pursuant to Title 29, United States Code, Section 402(q). As an officer of the Local 1626, defendant JOSEPH MOON, JR. was also a fiduciary of the union and his duties and obligations were, among others: (1) to hold the money of the Local 1626 solely for the benefit of its members; (2) to avoid acting in his own personal self interest in a manner which conflicts with the interest of the Local 1626; and

(3) to avoid acting on behalf of any party whose interests were adverse to the interests of the Local 1626 in any matter connected with his duties.

2. From on or about November 12, 2004 through on or about April 1, 2008, defendant JOSEPH MOON, JR. took out an undocumented loan in the amount of $14,931.65 from the Local 1626, without disclosing such loan to the union in advance, in order to pay for personal expenditures (the "Loan"). In particular, defendant JOSEPH MOON, JR. took out the Loan by writing checks to himself on the bank account of the Local 1626.

3. From on or about November 12, 2004 through on or about April 1, 2008, in Middlesex County, in the District of New Jersey and elsewhere, the defendant,

JOSEPH MOON, JR.,

did knowingly and willfully cause a labor organization, namely, the Amalgamated Transit Union Local 1626, to directly and indirectly make a loan to him as President of such organization, which resulted in a total indebtedness on his part to the Local 1626 in excess of $2,000.

In violation of Title 29, United States Code, Sections 503(a) and (c); and Title 18, United States Code, Section 2.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

CASE NUMBER: _____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

JOSEPH MOON, JR.

INFORMATION FOR

29 U.S.C. § 503

RALPH J. MARRA, JR.
ACTING U.S. ATTORNEY NEWARK, NEW JERSEY

JONATHAN W. ROMANKOW
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2884